6 F.3d 780
 U.S.
v.
Hanley (Edward T.), Gerace (Francis), Silbert (Roy),
Bocchiccio (Felix, Jr.), Hilferty (Thelma), Daidone
(Daniel), Staino (Anthony, Jr.), Erace (Joseph), Lasane
(Karlos), Kirkland (Eli), Smith (Lawrence), Scarfo
(Nicodemo), a/k/a 'Little Nicky', Piccolo (Anthony), a/k/a
'Tony Buck', Scarfo (Nicodemo Salvatore), a/k/a 'Nicky',
Daidone (Albert), Natale (Ralph), Leonetti (Philip), Merlino
(Lawrence), a/k/a 'Yogi', Materio (Frank), Lentino (Frank), Martorano
 NOS. 92-5719, 92-5720
 United States Court of Appeals,
Third Circuit.
 Aug 23, 1993
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.